**In the Interest of A.G. and S.G.**

**In the Interest of S.G. JUVENILE OFFICER, Respondent,**

v.

**G.G. (Natural Mother), Appellant.**
**(Two Cases)**

**Nos. WD 46532, WD 46533.**

Missouri Court of Appeals,
Western District.

April 13, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1993.

Before LOWENSTEIN, C.J., and TURNAGE and KENNEDY, JJ.

John E. Franke, Kansas City, for appellant.

Dale Nathan Godfrey, Kansas City, for respondent.

ORDER

PER CURIAM.

Appeal from an order terminating parental rights pursuant to section 211.447, RSMo 1986.

Affirmed. Rule 84.16(b).